[Cite as *Allstate Ins. Co. v. All Weather Constr., L.L.C.*, 2012-Ohio-929.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

---

### JOURNAL ENTRY AND OPINION
### No. 97197

---

# ALLSTATE INSURANCE CO., ET AL.

PLAINTIFFS-APPELLEES

vs.

# ALL WEATHER CONSTRUCTION, LLC

DEFENDANTS-APPELLANTS

---

## JUDGMENT:
## REVERSED AND REMANDED

---

Civil Appeal from the
Cuyahoga County Common Pleas Court
Case Nos. CV-748733 and 745178

**BEFORE:**   E. Gallagher, J., Boyle, P.J., and Jones, J.

**RELEASED AND JOURNALIZED:**     March 8, 2012

**ATTORNEYS FOR APPELLANTS**

**All Weather Construction, LLC,**
**   and Michael Detzel**

Colleen A. Mountcastle
Gallagher Sharp
Bulkley Building, 6th Floor
1501 Euclid Avenue
Cleveland, Ohio    44115

Patti Jo Malnar
Law Offices of John Rasmussen
55 Public Square
Suite 725
Cleveland, Ohio    44113


**ATTORNEYS FOR APPELLEES**

**Allstate Insurance Co.**

Brian J. Green
James A. Marx
Shapero & Green LLC
Signature Square II
25101 Chagrin Blvd., Ste. 220
Beachwood, Ohio    44122

**Ching-Feng Chang, et al.**

Lei Jiang
Kewu Li
Lei Jiang, LLC
26943 Westwood Road
Westlake, Ohio    44145

**Ohio Attorney General**

Michael Dewine
Ohio Attorney General
30 East Broad Street
State Office Tower, 17th Floor
Columbus, Ohio   43215

EILEEN A. GALLAGHER, J.:

{¶1} Defendants-appellants, All Weather Construction, LLC and Michael Detzel, appeal the trial court's denial of their motion to bifurcate the trial on the issue of punitive damages.   An interlocutory appeal was filed.

{¶2} In Case No. CV-748733, plaintiffs filed suit alleging breach of contract, breach of express warranty, breach of implied warranty, negligence, violation of the Consumer Sales Practices Act, negligent hiring, negligent supervision, and fraud, all relating to the installation of a roof and siding on a home located in Strongsville, Ohio. In addition to the above-cited claims for which plaintiffs seek compensatory damages, plaintiffs sought punitive damages under a claim for relief based upon intentional infliction of emotional distress.

{¶3} In a consolidated action, CV-745178, Allstate Insurance filed a complaint against All Weather Construction seeking subrogation for coverage provided to plaintiffs on the first action.

{¶4} Defendants answered the complaints filed against them and filed the aforementioned motion to bifurcate.

{¶5} The Ohio Supreme Court in *Havel v. Villa St. Joseph*, __ Ohio St.3d __, 2012-Ohio-552, ___ N.E.2d ___, has held that R.C. 2315.21(B) creates a substantive right to bifurcation on tort actions where both compensatory and punitive damages are

sought.

{¶6} Therefore, the appellants' first assignment of error is sustained and the case is reversed and remanded for further proceedings consistent with this opinion.

It is ordered that appellants recover from appellees costs herein taxed.

The court finds there were reasonable grounds for this appeal.

It is ordered that a special mandate be sent to said lower court to carry this judgment into execution.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.

_____

EILEEN A. GALLAGHER, JUDGE

MARY J. BOYLE, P.J., and
LARRY A. JONES, SR., J., CONCUR